Exhibit A

## EXHIBIT A
DTE ENERGY COMPANY

| Issue Date | Check No. | Amount |
|---|---|---|
| 12/02/11 | 202193 | $34.45 |
| 12/02/11 | 202194 | $1,530.96 |
| 12/22/11 | 202496 | $2,171.83 |
| 12/30/11 | 202636 | $49.32 |
| 12/30/11 | 202637 | $40.76 |
| 01/13/12 | 202775 | $3,118.76 |
| 01/20/12 | 202891 | $628.44 |
| 01/27/12 | 202991 | $55.83 |
| 01/27/12 | 202992 | $56.75 |
| 02/17/12 | 203303 | $57.56 |
| 02/17/12 | 203304 | $728.50 |